# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator • Clerk of Court

101 S. U.S. Highway One, Room 1016
Fort Pierce, Florida 34950
(772) 467-2308

Date: September 6, 2017

To: United States District Court
Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, VA 23510

Re: USA -V- DARYL G. BANK
Our Case #17-89-SMM   SD/Florida
Your Case 2:17cr126   ED/VA

## CLERK'S NOTICE OF CRIMINAL REMOVAL TO OTHER DISTRICT

Pursuant to the Commitment to Another District entered by U.S. Magistrate Judge Shaniek M. Maynard on today's date, the above styled case is hereby transferred to your district. Please find enclosed the following documents:

- Copy of the docket sheet
- Transmittal letter and corresponding pleadings filed
- Waiver of Removal proceeding along with corresponding Commitment to ED/VA
- Minute Orders from hearings held before Judge Maynard on 8/25/17, 8/30/17 and 9/5/2017.

You may access our electronic case file and upload all other electronically filed documents via PACER by using your PACER (not CM/ECF) login and password. If you do not have a PACER login, please contact PACER Center at 1-800-676-6856. Please acknowledge receipt and return copy of transmittal letter.

Sincerely,
Steven M. Larimore,

Court Administrator • Clerk of Court
*By: Colette Griffin-Arnold, Deputy Clerk*

Date rec'd:_____

By:_____
Deputy Clerk